RECEIVED
SDNY PRO SE OFFICE

2017 JAN 19  PM 3: 45

UNITED STATES DISTRICT COURT
NEW YORK SOUTHERN

ANTHONY BRIAN MALLGREN {7279}

UNITED STATES
CALIFORNIA STATE

# 17CV466

## COMPLAINT

Anthony Brian Mallgren
5020 Ellison Street North-East
#309
Albuquerque
New Mexico
87109

Incorporating exhibits included herewith.

Anthony Brian Mallgren
laudedfavor@gmail.com

Page 1 of 4

 **Gmail**

Anthony Mallgren <laudedfavor@gmail.com>

## Report

**Michael Soto** <MSoto@apd.lacounty.gov>                    Thu, Aug 18, 2016 at 7:33 PM
To: Anthony Mallgren <laudedfavor@gmail.com>

That's fine. However, you need to make that request to the judge in person. You would have to come to court here to be allowed to represent yourself. What are your thoughts?


**From:** Anthony Mallgren [mailto:laudedfavor@gmail.com]
**Sent:** Thursday, August 18, 2016 6:33 PM

[Quoted text hidden]

[Quoted text hidden]

 Gmail

**Anthony Mallgren <laudedfavor@gmail.com>**

## Filing # 50782474 Not Filed – Please Correct Filing in the E-Filing Portal Pending Queue

**noreply@myflcourtaccess.com** <noreply@myflcourtaccess.com>          Thu, Jan 5, 2017 at 8:41 AM

Please note: this is a non-monitored email address; please do not reply to this message.

Date: 01/05/2017 10:41:36 AM

Dear Anthony Brian Mallgren:

Your filing with the Miami-Dade County, Florida County Civil (Miami Beach) Division needs to be corrected before it can be filed.

Filing Reference Number #: 50782474

| | |
|---|---|
| Status: | Correction Queue |
| Filing Date/Time: | 01/04/2017 11:03:00 PM |
| UCN: | 132016CC000943000024 |
| Clerk Case #: | 2016-000943-CC-24 |
| Case Style: | Harding Village LTD vs. Anthony Mallgren |
| Matter #: | |

Please be advised that Filing Reference Number 50782474 needs to be corrected and has been moved to the Correction Queue in accordance with the Florida Supreme Court Standards for Electronic Access to the Courts, Section 3.1.13. You will have five (5) business days to correct and resubmit this filing.

Please make the following correction(s): Document reflects incorrect/invalid court id number. Please refile with local case number, 2016-943-CC-24, thank you.

To make these corrections, go to the My Filings page in the Portal and search by Status: Correction Queue and then select the Filing ID link. Then correct the error by either making the advised changes or replacing the deficient document with the corrected document and resubmit the Filing. You must click the Save button on any screen to which changes were made. For further information on correcting filings sent to the Correction Queue, please consult the E-Filing User Manual on the Florida Courts E-Filing Portal web page under the Help Menu, Training Manuals or watch the YouTube video.

If you have questions concerning clarification on the corrections needed, please contact the Miami-Dade County Clerk of Court, County Civil (Miami Beach) Division.

Follow us on Twitter @FLCourtsEFiling

Subscribe to our YouTube Channel https://www.youtube.com/user/FLCrtsEFilingPortal

View the Training Manualshttps://www.myflcourtaccess.com/authority/trainingmanuals.html

 **Gmail**

**Anthony Mallgren <laudedfavor@gmail.com>**

## Processing Completed for Filing # 50782474

**noreply@myflcourtaccess.com** <noreply@myflcourtaccess.com>        Thu, Jan 5, 2017 at 9:17 AM

Dear Anthony Brian Mallgren:

This email verifies the processing of your Filing # 50782474 with the Miami-Dade County, Florida County Civil (Miami Beach) Division.

| | |
|---|---|
| Status: | Accepted |
| Filing Date/Time: | 01/04/2017 11:03:00 PM |
| UCN: | 132016CC000943000024 |
| Clerk Case #: | 2016-000943-CC-24 |
| Case Style: | Harding Village LTD vs. Anthony Mallgren |
| Matter #: | |
| Memo: | |
| Filing Fee: | $0.00 |
| Notice Notice:: | $0.00 |
| Motion Motion To Vacate Judgment: | $0.00 |
| Statutory Convenience Fee: | $0.00 |
| Total Paid: | $0.00 |
| Fee Status: | Processed |
| Paid By: | No payment required |
| MFC Order #: | |

Documents

| # | Document Type | Status | Filing Date | Rejection Reason | Your Attachment |
|---|---|---|---|---|---|
| 1 | Notice Notice: | Accepted | 01/05/2017 | | merged-with-numbers.pdf |
| 2 | Motion Motion To Vacate Judgment | Accepted | 01/05/2017 | | AnthonyBrianMallgrenv.Harding-VacateOrderMotion-with-numbers.pdf |

Fees

Your filing has been docketed with the Clerk's office. The fee is in the process of Processed.

This is a non-monitored email. Do not reply directly to it. If you have any questions about this filing, please contact the Miami-Dade County, Florida County Civil (Miami Beach) Division.

Thank you.

Many counties no longer require paper follow-up. To see a complete list, click on this link.

Page 4 of 4

116556-2-2
Return if Undelivered
3103 10th ST N
Suite 201
Arlington,, VA 22201-2107

1*************************SNGLP 480

Ruby J. Krajick (Attention Pre Se Intake
United States District Court
500 Pearl St
New York, NY 10007-1316



Pro-se

USM P3
SDNY

2017 JAN 19 PM 3: 45

JAN 1 9 2017

B KMINZP1 10007